1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00899-PJH (LB) |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY RELEASE |
| | ) | CONDITIONS; [~~PROPOSED~~] ORDER |
| vs. | ) | |
| | ) | |
| BRANDON PORTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be modified such that Mr. Porter may travel to Oregon on Wednesday, July 4, 2012 with his wife and child and stay in Salem, Oregon until he surrenders to serve his sentence before 12:00 p.m. on July 6, 2012 at FCI Sheridan near Salem, provided that Mr. Porter promptly furnish Pretrial Services with his itinerary and lodging information. It is further STIPULATED that the Pretrial Services Agency be permitted to remove Mr. Porter's electronic monitoring equipment at their discretion to accommodate this travel. This modification is intended to permit Mr. Porter to fly on the least expensive airline, which only has Monday, Wednesday, and Friday departures to Eugene, OR.

1

The Pretrial Services Officer, Richard Sarlatte, has been contacted and does not object to the requested modification.

DATED: June 13, 2012

                                                /s/
                                          MAUREEN ONYEAGBAKO
                                          Special Assistant United States Attorney

DATED: June 13, 2012

                                                /s/
                                          JOHN PAUL REICHMUTH
                                          Assistant Federal Public Defender
                                          Counsel for Mr. Porter

## ORDER

IT IS HEREBY ORDERED that the release conditions in this case be modified such that Mr. Porter may travel to Oregon on Wednesday, July 4, 2012 with his wife and child and stay in Salem, Oregon until he surrenders to serve his sentence before 12:00 p.m. on July 6, 2012 at FCI Sheridan near Salem, provided that Mr. Porter promptly furnish Pretrial Services with his itinerary and lodging information. It is further ORDERED that the Pretrial Services Agency be permitted to remove Mr. Porter's electronic monitoring equipment at its discretion to accommodate this travel. All other conditions shall remain in effect.

Dated: June 14, 2012                                                        
                                                    LAUREL BEELER
                                                    UNITED STATES MAGISTRATE JUDGE